UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL RALPH WORLEY,<br><br>         Defendant/Judgment Debtor,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>                Garnishee. | Case No. MC18-00045RSL<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Michael Ralph Worley, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, The Boeing Company. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on April 11, 2018. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

1     Dated this 12th day of April, 2018.

                                          *Robert S. Lasnik*
                                          Robert S. Lasnik
                                          United States District Judge